THE TOWN OF KEARNY ET AL., PLAINTIFFS IN ERROR, v. THE MAYOR AND ALDERMEN OF JERSEY CITY ET AL., DEFENDANTS IN ERROR.

Argued March 15, 1910—Decided June 20, 1910.

On error to Supreme Court, whose opinion is reported in 49 *Vroom* 77.

For the plaintiffs in error, *Robert H. McCarter, Edward Kenny* and *Gilbert Collins.*

For the defendants in error, *James B. Vredenburgh, Albert C. Wall* and *Warren Dixon.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

We reserve, however, any expression of view upon the question whether Jersey City was, within the meaning of the act (*Pamph. L.* 1897, *p.* 232), the owner of water works. To that question the Supreme Court gave a negative answer. We find it unnecessary to deal with the question.

*For affirmance*—THE CHANCELLOR, GARRISON, TRENCHARD, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON, JJ. 12.

*For reversal*—None.